UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

RICHARD SNYDER,

                              Plaintiff,

             – against –

WELLS FARGO BANK, N.A. as successor to
WACHOVIA BANK, N.A.,

                             Defendant.
------------------------------------------------------------------X

11 Civ. 4496 (SAS)

**NOTICE OF MOTION**

     PLEASE TAKE NOTICE that upon the annexed affidavit of Michael P. Manning sworn to September 17, 2012 and the exhibits thereto, the accompanying memorandum of law dated September 17, 2012 , and upon all other papers and prior proceedings had herein, defendant Wells Fargo Bank, N.A. as successor to Wachovia Bank, N.A. ("Wells Fargo") will move this Court before the Honorable Shira A. Scheindlin, at Courtroom 15C of the Daniel Patrick Moynihan United States Courthouse located at 500 Pearl Street, New York, New York 10007, for an order *in limine* pursuant to Individual Rule V(D)(2) for various pre-trial evidentiary rulings regarding the report by plaintiff's proposed expert John J. Duval dated August 6, 2012 and for such other and further relief as this Court deems just and proper.

                      [SIGNATURE PAGE FOLLOWS IMMEDIATELY]

NY 242465596v2

Dated: New York, New York
September 17, 2012

                        **GREENBERG TRAURIG, LLP**

                By: _/s/ Michael P. Manning_
                      Michael P. Manning
                      (manningm@gtlaw.com)
                      Joseph A. Vallo
                      (valloj@gtlaw.com)
The MetLife Building
200 Park Avenue
New York, New York 10166
Tel.: (212) 801-9200
Fax: (212) 801-6400
*Attorneys for Defendant*

TO:   Brian Kennedy, Esq.
       (kennedy@boklaw.com)
       Law Office of Brian Kennedy
       87 Walker Street, 2nd Floor
       New York, New York 10013
       Tel: (212) 687-0099
       *Attorneys for Plaintiff*